# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

DANIEL SIEGFRIED,                    :
                                     :
     Plaintiff,                     :    **C.A. No.: 07-118**
                                     :
v.                                   :
                                     :
McNEIL CONSUMER & SPECIALTY          :
PHARMACEUTICALS, A DIVISION OF       :
McNEIL-PPC, INC., a foreign corporation,  :
and JOHNSON & JOHNSON, a foreign     :
corporation,                         :
                                     :
     Defendants.                    :

## NOTICE OF SERVICE OF PROCESS AND COMPLAINT

Plaintiff, by his attorneys, hereby file with this Court, in accordance with 10 Del. C.

§3104, proof of receipt of notice by the defendant, Johnson & Johnson. Attached hereto as

Exhibit "A" is the mailed transmission from the United States Postal Service evidencing receipt

of the registered letter along with the actual receipt of mailing. The Affidavit of Tara E. Bustard,

Esquire, evidencing transmittal of said registered article is attached hereto as Exhibit "B". A

copy of the actual notice sent to defendant, Johnson & Johnson, is attached hereto as Exhibit "C".

Attached hereto as Exhibit "D" is the Amendment to the Complaint pursuant to Superior Court

Rule 4h.

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA


By:   /s/ MATTHEW R. FOGG
      ARTHUR M. KRAWITZ (#2440)
      MATTHEW R. FOGG (#4254)
      1202 Kirkwood Highway
      Wilmington, DE  19805
      (302) 998-0100
      Attorneys for Plaintiff
      ArtKrawitz@dplaw.com
      MattFogg@dplaw.com

DATED: 3-23-2007

EXHIBIT "A"

D Shegfried

JS ____

Registered No. RA 519 690 836 US

| | | | |
|---|---|---|---|
| Reg Fee | 7.90 | | |
| Handling Charge | | Return Receipt | 1.85 |
| Postage | $ 11 | Restricted Delivery | |
| Received by | LS | | |

Date Stamp

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited (See Reverse).

To Be Completed By Post Office

Customer Must Declare Full Value $ ___
☐ With Postal Insurance
☐ Without Postal Insurance

OFFICIAL USE

FROM
Doroshow, Pasquale,
Krawitz + Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

TO
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ
08933

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAR 1 5 2007

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    RA 519 690 836 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT "B"

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

DANIEL SIEGFRIED,                          :
                                           :
    Plaintiff,          :        C.A. No.: 07-118
                                           :
v.                                         :
                                           :
McNEIL CONSUMER & SPECIALTY                :
PHARMACEUTICALS, A DIVISION OF             :
McNEIL-PPC, INC., a foreign corporation,   :
and JOHNSON & JOHNSON, a foreign           :
corporation,                               :
                                           :
    Defendants.         :

STATE OF DELAWARE        :
                         : SS
COUNTY OF NEW CASTLE     :

    TARA E. BUSTARD, ESQUIRE, being duly sworn according to law, deposes and says:

    1. That Doroshow, Pasquale, Krawitz, Siegel & Bhaya represents the plaintiff in Civil Action No. 07-118 in which Johnson & Johnson is a defendant.

    2. The notice required pursuant to 10 <u>Del</u>. <u>C</u>. §3104 was mailed, by registered mail, postage prepaid, return receipt requested, on March 12, 2007. The post office receipt obtained at the time of mailing the registered letter containing the notice is the receipt attached to this Affidavit.

    3. The notice provided for in 10 <u>Del</u>. <u>C</u>. §3104 was contained in the envelope at the time it was mailed.

    4. The return receipt signed by the return receipt signed by a representative of Johnson & Johnson, J. Gush, was returned to the sender on March 17, 2007.

_Tara Bustard_
TARA E. BUSTARD

SWORN TO AND SUBSCRIBED before me this 23ʳᵈ day of _March_, 2007.

_[signature]_
Notary Public
DELAWARE ATTORNEY
ID #4254

Doroshow, Pasquale,
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

EXHIBIT "C"

March 12, 2007

**PLEASE RESPOND TO:**

**1202 Kirkwood Highway**
**Wilmington, DE  19805**

Johnson & Johnson                          **REGISTERED LETTER**
One Johnson & Johnson Plaza                **RETURN RECEIPT**
New Brunswick, NJ 08933                    **REQUESTED**

RE:    Notice of Service of Process
       Pursuant to 10 <u>Del</u>. <u>C</u>. §3104
       *Daniel Siegfried v. McNeil Consumer & Specialty Pharmaceuticals,*
       *et al*
       <u>C.A. No.: 07-118</u>

To Whom it May Concern:

    This letter is to advise you that I represent Daniel Siegfried who has filed suit against you in the United States District Court for the District of Delaware with regard to an accident occurring on June 5, 2005. Enclosed you will find a copy of the Complaint filed with the United States District Court for the District of Delaware and a copy of the Summons, the original which was served upon the Secretary of State of the State of Delaware. Pursuant to 10 <u>Del</u>. <u>C</u>. §3104, the Secretary of State has been appointed your agent for the acceptance of legal process in any civil action against you as a non-resident wherein you caused tortious injuries within the State of Delaware. Under the provisions of 10 <u>Del</u>. <u>C</u>. §3104, such service shall be the same legal force and validity as if served upon any non-resident personally within the State and such appointment of Secretary of State is irrevocable and binding upon you or your heirs

    If this Complaint is not answered within twenty (20) days after receipt, a Default Judgment will be held against you in the United States District Court for the District of Delaware. I advise you to immediately take this letter, with the enclosures, to an attorney or your insurance company.

                                        Very Truly Yours,

                                        MATTHEW R. FOGG

Enclosures

EXHIBIT "D"

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

DANIEL SIEGFRIED,              :

                           :

       Plaintiff,           :     **C.A. No.: 07-118**

v.                               :

                           :

McNEIL CONSUMER & SPECIALTY      :

PHARMACEUTICALS, A DIVISION OF     :

McNEIL-PPC, INC., a foreign corporation,    :

and JOHNSON & JOHNSON, a foreign      :

corporation,                        :

                           :

       Defendants.         :

### AMENDMENT TO COMPLAINT PURSUANT TO SUPERIOR COURT RULE 4h

Plaintiff amends his complaint as originally filed on February 26, 2007 by adding paragraph 35 which is intended to be incorporated in the aforesaid Complaint and to be made a part thereof:

35. Defendant, Johnson & Johnson, is a foreign corporation. Thus, service of process upon it was required under 10 <u>Del</u>. <u>C</u>. §3104. On March 12, 2007, pursuant to the requirements of 10 <u>Del</u>. <u>C</u>. §3104, plaintiff's attorney mailed to defendant, Johnson & Johnson, a copy of the Process and Complaint which was served upon the Secretary of State by registered mail, postage prepaid, return receipt requested together with a letter informing it that the original said Process and Complaint had been served upon the Secretary of State and that in accordance with 10 <u>Del</u>. <u>C</u>. §3104, this service was effectual for all intents and purposes as if it had been made upon it personally within the State. On March 17, 2007, the return receipt signed by a representative of Johnson & Johnson, J. Gush, was returned to the office of Doroshow, Pasquale, Krawitz & Bhaya. A copy of the letter, the registered mail receipt, a proof of receipt of Notice and an Affidavit have been filed with the Court.

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA


By:    /s/ MATTHEW R. FOGG
       ARTHUR M. KRAWITZ (#2440)
       MATTHEW R. FOGG (#4254)
       1202 Kirkwood Highway
       Wilmington, DE  19805
       (302) 998-0100
       Attorneys for Plaintiff
       ArtKrawitz@dplaw.com
       MattFogg@dplaw.com

DATED: 3-23-2007