IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DANIEL SIEGFRIED,                                   :
                                                    :
            Plaintiff,                              :          C.A. No.: 07-118
                                                    :
v.                                                  :
                                                    :
McNEIL CONSUMER & SPECIALTY                         :
PHARMACEUTICALS, A DIVISION OF                      :
McNEIL-PPC, INC., a foreign corporation,            :
and JOHNSON & JOHNSON, a foreign                    :
corporation,                                        :
                                                    :
            Defendants.                             :

## NOTICE OF SERVICE OF PROCESS AND COMPLAINT

Plaintiff, by his attorneys, hereby file with this Court, in accordance with 10 Del. C.

§3104, proof of receipt of notice by the defendant, McNeil Consumer & Specialty

Pharmaceuticals. Attached hereto as Exhibit "A" is the mailed transmission from the United

States Postal Service evidencing receipt of the registered letter along with the actual receipt of

mailing. The Affidavit of Tara E. Bustard, Esquire, evidencing transmittal of said registered

article is attached hereto as Exhibit "B". A copy of the actual notice sent to defendant, McNeil

Consumer & Specialty Pharmaceuticals, is attached hereto as Exhibit "C". Attached hereto as

Exhibit "D" is the Amendment to the Complaint pursuant to Superior Court Rule 4h.

                                        DOROSHOW, PASQUALE,
                                        KRAWITZ & BHAYA


                                 By:    /s/ MATTHEW R. FOGG
                                        ARTHUR M. KRAWITZ (#2440)
                                        MATTHEW R. FOGG (#4254)
                                        1202 Kirkwood Highway
                                        Wilmington, DE  19805
                                        (302) 998-0100
                                        Attorneys for Plaintiff
                                        ArtKrawitz@dplaw.com
                                        MattFogg@dplaw.com

DATED: 3-23-2007

Doroshow, Pasquale,
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

EXHIBIT "A"

D. Siegfried

JS ___

---

**Registered No.** RA 519 690 822 US

**Date Stamp**

| | |
|---|---|
| Reg Fee 7.90 | |
| Handling Charge | Return Receipt 1.85 |
| Postage 1.11 | Restricted Delivery |
| Received by LS | |

39 289 (mrf)

Domestic Insurance up to $25,000 is included in the fee International Indemnity is limited (See Reverse).

Customer Must Declare Full Value $

☐ With Postal Insurance
☐ Without Postal Insurance

OFFICIAL USE

**To Be Completed By Customer** (Please Print) All Entries Must Be In Ballpoint or Typed

**FROM**
Doroshow, Pasquale,
Krawitz, & Bhaya
1202 Kirkwood Highway
Wilmington DE 19805

**TO**
McNeil Consumer & Specialty Pharm
7050 Camp Hill Road
Fort Washington, PA 19034

PS Form 3806, **Receipt for Registered Mail**     Copy 1 - Customer
May 2004 (7530-02-000-9051)     (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**SENDER: COMPLETE THIS SECTION**

☒ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
☒ Print your name and address on the reverse so that we can return the card to you.
☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
McNeil Consumer &
Specialty Pharmaceuticals
7050 Camp Hill Road
Fort Washington, PA
19034

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Jermaine Travis     ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
Jermaine Travis     3-14-07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Certified Mail     ☐ Express Mail
☒ Registered     ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)     RA 519 690 822 US

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DANIEL SIEGFRIED,                          :
                                           :
        Plaintiff,                         :       C.A. No.: 07-118
                                           :
v.                                         :
                                           :
McNEIL CONSUMER & SPECIALTY                :
PHARMACEUTICALS, A DIVISION OF             :
McNEIL-PPC, INC., a foreign corporation,   :
and JOHNSON & JOHNSON, a foreign           :
corporation,                               :
                                           :
        Defendants.                        :

STATE OF DELAWARE       :
                        : SS
COUNTY OF NEW CASTLE    :

        TARA E. BUSTARD, ESQUIRE, being duly sworn according to law, deposes and says:

        1.   That Doroshow, Pasquale, Krawitz, Siegel & Bhaya represents the plaintiff in Civil Action No. 07-118 in which McNeil Consumer & Specialty Pharmaceuticals is a defendant.

        2.   The notice required pursuant to 10 Del. C. §3104 was mailed, by registered mail, postage prepaid, return receipt requested, on March 12, 2007. The post office receipt obtained at the time of mailing the registered letter containing the notice is the receipt attached to this Affidavit.

        3.   The notice provided for in 10 Del. C. §3104 was contained in the envelope at the time it was mailed.

        4.   The return receipt signed by the return receipt signed by a representative of McNeil Consumer & Specialty Pharmaceuticals, Jermaine Travis, was returned to the sender on March 16, 2007.

                                           _____
                                           TARA E. BUSTARD

SWORN TO AND SUBSCRIBED before me this 23rd day of Mch , 2007.

                                           _____
                                           Notary Public
                                           DELAWARE ATTORNEY
                                           ID # 4254

Doroshow, Pasquale,
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

EXHIBIT "C"

March 12, 2007

PLEASE RESPOND TO:

1202 Kirkwood Highway
Wilmington, DE   19805

McNeil Consumer & Specialty Pharmaceuticals
7050 Camp Hill Road
Fort Washington, PA 19034

REGISTERED LETTER
RETURN RECEIPT
REQUESTED

RE:    Notice of Service of Process
         Pursuant to 10 Del. C. §3104
         *Daniel Siegfried v. McNeil Consumer& Specialty Pharmaceuticals,
         et al*
         C.A. No.: 07-118

To Whom it May Concern:

        This letter is to advise you that I represent Daniel Siegfried who has filed suit
against you in the United States District Court for the District of Delaware with
regard to an accident occurring on June 5, 2005. Enclosed you will find a copy of
the Complaint filed with the United States District Court for the District of Delaware
and a copy of the Summons, the original which was served upon the Secretary of
State of the State of Delaware. Pursuant to 10 Del. C. §3104, the Secretary of State
has been appointed your agent for the acceptance of legal process in any civil action
against you as a non-resident wherein you caused tortious injuries within the State of
Delaware. Under the provisions of 10 Del. C. §3104, such service shall be the same
legal force and validity as if served upon any non-resident personally within the State
and such appointment of Secretary of State is irrevocable and binding upon you or
your heirs.

        If this Complaint is not answered within twenty (20) days after receipt, a
Default Judgment will be held against you in the United States District Court for the
District of Delaware. I advise you to immediately take this letter, with the
enclosures, to an attorney or your insurance company.

                                                Very Truly Yours,

                                                MATTHEW R. FOGG

Enclosures

EXHIBIT "D"

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

DANIEL SIEGFRIED,                                    :

      Plaintiff,                                    :          **C.A. No.: 07-118**

v.                                                   :

                                                     :

McNEIL CONSUMER & SPECIALTY                          :
PHARMACEUTICALS, A DIVISION OF                       :
McNEIL-PPC, INC., a foreign corporation,             :
and JOHNSON & JOHNSON, a foreign                     :
corporation,                                         :

                                                     :

      Defendants.                                   :

## AMENDMENT TO COMPLAINT PURSUANT TO SUPERIOR COURT RULE 4h

Plaintiff amends his complaint as originally filed on February 26, 2007 by adding

paragraph 34 which is intended to be incorporated in the aforesaid Complaint and to be made a

part thereof:

34. Defendant, McNeil Consumer & Specialty Pharmaceuticals, is a foreign corporation.

Thus, service of process upon it was required under 10 Del. C. §3104. On March 12, 2007,

pursuant to the requirements of 10 Del. C. §3104, plaintiff's attorney mailed to defendant,

McNeil Consumer & Specialty Pharmaceuticals, a copy of the Process and Complaint which was

served upon the Secretary of State by registered mail, postage prepaid, return receipt requested

together with a letter informing it that the original said Process and Complaint had been served

upon the Secretary of State and that in accordance with 10 Del. C. §3104, this service was

effectual for all intents and purposes as if it had been made upon it personally within the State.

On March 16, 2007, the return receipt signed by a representative of McNeil Consumer &

Specialty Pharmaceuticals, Jermaine Travis, was returned to the office of Doroshow, Pasquale,

Krawitz & Bhaya. A copy of the letter, the registered mail receipt, a proof of receipt of Notice

and an Affidavit have been filed with the Court.

Doroshow, Pasquale,
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA


By:    /s/ MATTHEW R. FOGG
ARTHUR M. KRAWITZ (#2440)
MATTHEW R. FOGG (#4254)
1202 Kirkwood Highway
Wilmington, DE  19805
(302) 998-0100
Attorneys for Plaintiff
ArtKrawitz@dplaw.com
MattFogg@dplaw.com

DATED: 3-23-2007