# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL SIEGFRIED, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 07-118-GMS |
| ) | |
| v. ) | |
| ) | |
| McNEIL CONSUMER & SPECIALTY ) | |
| PHARMACEUTICALS, A DIVISION OF ) | |
| McNeil-PPC, INC., a foreign corporation, ) | JURY TRIAL DEMANDED |
| JOHNSON & JOHNSON-MERCK ) | |
| CONSUMER PHARMACEUTICALS CO., ) | |
| a foreign corporation, and JOHNSON & ) | |
| JOHNSON, a foreign corporation, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

**TO:   CLERK OF THE COURT**

Kindly enter my appearance on behalf of defendants, McNeil Consumer & Specialty Pharmaceuticals, Johnson & Johnson-Merck Consumer Pharmaceuticals Co., and Johnson & Johnson, in the above-captioned matter.

> MARSHALL, DENNEHEY, WARNER,
> COLEMAN & GOGGIN
>
>
> BY: */s/ Kevin J. Connors*
> KEVIN J. CONNORS, ESQ.
> DE Bar ID: 2135
> 1220 North Market Street, 5th Floor
> P.O. Box 8888
> Wilmington, DE 19899-8888
> Attorney for Defendants, McNeil Consumer & Specialty
> Pharmaceuticals, Johnson & Johnson-Merck Consumer
> Pharmaceuticals Co. and Johnson & Johnson

Dated: April 9, 2007
\15_A\LIAB\KAMEANY\LLPG\418412\KAMEANY\11001\00000

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIEL SIEGFRIED, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07-118-GMS |
| | ) | |
| v. | ) | |
| | ) | |
| McNEIL CONSUMER & SPECIALTY PHARMACEUTICALS, A DIVISION OF McNeil-PPC, INC., a foreign corporation, JOHNSON & JOHNSON-MERCK CONSUMER PHARMACEUTICALS CO., a foreign corporation, and JOHNSON & JOHNSON, a foreign corporation, | ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, KEVIN J. CONNORS, hereby certify that an Entry of Appearance on behalf of defendants, McNeil Consumer & Specialty Pharmaceuticals, Johnson & Johnson-Merck Consumer Pharmaceuticals Co., and Johnson & Johnson, has been served on April 9, 2007 via electronic filing upon all counsel of record.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: */s/ Kevin J.Connors*
KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendants, McNeil Consumer & Specialty Pharmaceuticals, Johnson & Johnson-Merck Consumer Pharmaceuticals Co. and Johnson & Johnson

Dated: April 9, 2007
\15_A\LIAB\KAMEANY\LLPG\418412\KAMEANY\11001\00000