IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL SIEGFRIED, : | |
| : | |
| Plaintiff, : | C.A. No.: 07-118 |
| v. : | |
| : | |
| McNEIL CONSUMER & SPECIALTY : | |
| PHARMACEUTICALS, A DIVISION OF : | |
| McNEIL-PPC, INC., a foreign corporation, : | |
| and JOHNSON & JOHNSON, a foreign : | |
| corporation, : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, hereby certify that I have this 12th day of April, 2007, delivered by e-file and First Class Mail, two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

DOCUMENT:

Plaintiff's First Set of Interrogatories Directed to Defendant, McNeil Consumer & Specialty Pharmaceuticals

Plaintiff's First Set of Interrogatories Directed to Defendant, Johnson & Johnson

PERSON:

Kevin J. Connors, Esquire
Kimberly A. Meaney, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market Street
P.O. Box 8888
Wilmington, DE 19899-8888

DOROSHOW, PASQUALE, KRAWITZ & BHAYA

By: _____
ARTHUR M. KRAWITZ (I.D. No. 2440)
MATTHEW R. FOGG (I.D. No. 4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Attorneys for Plaintiff

DATED: 4/12/07