IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL SIEGFRIED, : | |
| : | |
| Plaintiff, : | C.A. No.: 07-118 |
| v. : | |
| : | |
| McNEIL CONSUMER & SPECIALTY : | |
| PHARMACEUTICALS, A DIVISION OF : | |
| McNEIL-PPC, INC., a foreign corporation, : | |
| and JOHNSON & JOHNSON, a foreign : | |
| corporation, : | |
| : | |
| Defendants. : | |

**PLAINTIFF'S NOTICE OF DEPOSITION
OF DEFENDANT, MCNEIL CONSUMER & SPECIALTY PHARMACEUTICALS
PURSUANT TO SUPERIOR COURT CIVIL RULE 30(b)(6)**

TO: Kevin J. Connors, Esquire
Kimberly A. Meaney, Esquire
Marshall, Dennehey, Warner,
Coleman & Goggin
1220 N. Market Street
P.O. Box 8888
Wilmington, DE 19899-8888

PLEASE TAKE NOTICE that, pursuant to Federal Court Civil Rule 30(b)(6), on **Friday, April 20, 2007 at 1:00 pm**, and continuing thereafter until completed, counsel for Plaintiff will take the oral deposition of Deponent designated by McNeil Consumer & Specialty Pharmaceuticals, a division of McNeil-PPC, Inc. (hereafter "McNeil") The deposition will be held at the offices of Doroshow, Pasquale, Krawitz & Bhaya, located at 1202 Kirkwood Highway, Wilmington, DE.

Deponent designated by McNeil shall be the person or persons most knowledgeable about the following matters:

The party or parties most knowledgeable about the

- *The incident of June 5, 2005 at the Dover Race Track involving Daniel Siegfried;*

- *The affiliation of McNeil to Team Tylenol and the vehicle with the Team Tylenol logo on it from which plaintiff fell on June 5, 2005;*

- *The identity of the driver of the vehicle from which plaintiff Daniel Siegfried fell on June 5, 2005*

**DUCES TECUM:** The deponent(s) so designated by McNeil are to bring with them any and all documents which relate in any way to the above-referenced areas in which they are expected to testify.

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By: _____
ARTHUR M. KRAWITZ (#2440)
MATTHEW R. FOGG (#4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Attorneys for Plaintiff

cc: Corbett & Wilcox, Court Reporters
    (original & e-transcript only)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL SIEGFRIED,<br><br>   Plaintiff,<br><br>v.<br><br>McNEIL CONSUMER & SPECIALTY PHARMACEUTICALS, A DIVISION OF McNEIL-PPC, INC., a foreign corporation, and JOHNSON & JOHNSON, a foreign corporation,<br><br>   Defendants. | :<br>:<br>:<br>:    C.A. No.: 07-118<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S NOTICE OF DEPOSITION
OF DEFENDANT, JOHNSON & JOHNSON
<u>PURSUANT TO SUPERIOR COURT CIVIL RULE 30(b)(6)</u>**

TO: Kevin J. Connors, Esquire
   Kimberly A. Meaney, Esquire
   Marshall, Dennehey, Warner,
   Coleman & Goggin
   1220 N. Market Street
   P.O. Box 8888
   Wilmington, DE 19899-8888

   PLEASE TAKE NOTICE that, pursuant to Federal Court Civil Rule 30(b)(6), on **Friday, April 20, 2007 at 1:00 pm**, and continuing thereafter until completed, counsel for Plaintiff will take the oral deposition of Deponent designated by Johnson & Johnson. The deposition will be held at the offices of Doroshow, Pasquale, Krawitz & Bhaya, located at 1202 Kirkwood Highway, Wilmington, DE.

   Deponent designated by Johnson & Johnson will be the person or persons most knowledgeable about the following matters:

   The party or parties most knowledgeable about the

- *The incident of June 5, 2005 at the Dover Race Track involving Daniel Siegfried;*

- *The affiliation of McNeil to Team Tylenol and the vehicle with the Team Tylenol logo on it from which plaintiff fell on June 5, 2005;*

- *The identity of the driver of the vehicle from which plaintiff Daniel Siegfried fell on June 5, 2005*

**DUCES TECUM:** The deponent(s) so designated by Johnson & Johnson are to bring with them any and all documents which relate in any way to the above-referenced areas in which they are expected to testify.

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By: _____
ARTHUR M. KRAWITZ (#2440)
MATTHEW R. FOGG (#4254)
1202 Kirkwood Highway
Wilmington, DE  19805
(302) 998-0100
Attorneys for Plaintiff

cc: Corbett & Wilcox, Court Reporters
    (original & e-transcript only)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL SIEGFRIED, | : |
| Plaintiff, | : C.A. No.: 07-118 |
| v. | : |
| McNEIL CONSUMER & SPECIALTY PHARMACEUTICALS, A DIVISION OF McNEIL-PPC, INC., a foreign corporation, and JOHNSON & JOHNSON, a foreign corporation, | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE hereby certify that I have this 12th day of April, 2007, sent via e-file and regular mail two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

DOCUMENT:

Plaintiffs' Notice of Deposition of Defendant McNeil Consumer Pharmaceuticals and Defendant Johnson & Johnson pursuant to Federal Court Civil Rule 30(b)(6)

PERSON (S):

Kevin J. Connors, Esquire
Kimberly A. Meaney, Esquire
Marshall, Dennehey, Warner, Coleman
& Goggin
1220 N. Market Street
P.O. Box 8888
Wilmington, DE 19899-8888

Doroshow, Pasquale,
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By: _____
MATTHEW R. FOGG (#4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100