IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL SIEGFRIED, : | |
| : | C.A. No.: 07-118 GMS |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| McNEIL CONSUMER & SPECIALTY : | **JURY OF SIX DEMANDED** |
| PHARMACEUTICALS, A DIVISION OF : | |
| MCNEIL PPC, INC., a foreign corporation, : | |
| JOHNSON & JOHNSON- MERCK : | |
| CONSUMER PHARMACEUTICALS Co., : | |
| a foreign corporation, and JOHNSON & : | |
| JOHNSON, a foreign corporation, : | |
| : | |
| Defendants. : | |
| : | |

### CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, hereby certify that I have this 17th day of April, 2007, delivered by e-file and First Class Mail, two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

DOCUMENT:

Plaintiff's First Set of Interrogatories Directed to Defendant, Johnson & Johnson- Merck Pharmaceuticals Co.

PERSON:

Kevin J. Connors, Esquire
Kimberly A. Meaney, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market Street
P.O. Box 8888
Wilmington, DE 19899-8888

                          DOROSHOW, PASQUALE,
                          KRAWITZ & BHAYA


                By:  /s/ MATTHEW R. FOGG
                      ARTHUR M. KRAWITZ (I.D. No. 2440)
                      MATTHEW R. FOGG (I.D. No. 4254)
                      1202 Kirkwood Highway
                      Wilmington, DE 19805
                      (302) 998-0100
                      Attorneys for Plaintiff

DATED: 4/17/07